UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                         Plaintiff,<br><br>v.<br><br>**GLEN D. SIDES**,<br><br>                         Defendant, | CASE NO.  **1:25-cv-00222-NT** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from December 17, 2025, to February 24, 2026, as follows:

1. Plaintiff moved for entry of default against Glen D. Sides ("Defendant") on July 7, 2025. This Court entered an order granting Default against Defendant on the same day.

2. Since July 7, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to February 24, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to February 24, 2026, the period within which it may file a motion for default judgment with supporting documentation in

this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

       Dated at Portland, Maine this December 17, 2025.

                                                  /s/ Kevin J. Crosman
                                                  Kevin J. Crosman, Esquire
                                                  Attorney for Plaintiff
                                                  United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

**CERTIFICATE OF SERVICE**

       I, Kevin J. Crosman, Esquire hereby certifies that on December 17, 2025, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Glen D. Sides
11 Homestead Court, Apt 8
Portland, ME 04103

Glen D. Sides
12 Norman Street,
Oakfield, ME 04763

Dated at Portland, Maine this December 17, 2025.

                                                  /s/ Kevin J. Crosman
                                                  Kevin J. Crosman, Esquire
                                                  Attorney for Plaintiff